IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00056-MR-WCM

| | | |
|---|---|---|
| AMY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BACKGROUNDCHECKS.COM LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Revised Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Clinton H. Cogburn.

The Motion indicates that Mr. Cogburn, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of John G. Papianou, who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid and that Plaintiff consents to the relief requested in the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** John G. Papianou to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 5, 2023

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge