IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00056-MR-WCM

| | | |
|---|---|---|
| AMY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BACKGROUNDCHECKS.COM LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 15) filed by Rashad Blossom. The Motion indicates that Mr. Blossom, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Yitzchak Zelman, who the Motion represents as being a member in good standing of the Bar of New Jersey. It further appears that the requisite admission fee has been paid and that Defendant does not oppose the relief requested in the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 15) and **ADMITS** Yitzchak Zelman to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 23, 2023

W. Carleton Metcalf
United States Magistrate Judge